**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:        **THOMAS BAKER,**              :          **Chapter 13**
                                             :
              **Debtor**         :          **Bky. No.  20-14550 ELF**

# O R D E R   T O   S H O W   C A U S E

AND NOW, the Debtor's having filed a Motion for Second Extension of Time to File Schedules and Statement of Financial Affairs in this chapter 13 bankruptcy case;

AND, the court having entered an Order ("the Extension Order") **GRANTING** the Motion **CONDITIONED** on the following:  the **WAIVER** of the Debtor's right to object to a proof of claim on the ground that it was filed after the deadline set by Fed. R. Bankr. P. 3002(c), **PROVIDED** that the proof of claim is filed **on or before February 23, 2021**;

AND, further, the court having ordered the Debtor to serve a copy of the Extension Order on all creditors and parties in interest **within three (3) business days of the docketing and service of the notice of the meeting of creditors** ("the §341 Notice") and ***to promptly thereafter file a Certification of Service***;

AND, the §341 Notice having been served on creditors on **January 11, 2021**;

AND,the Debtor's counsel having failed to file a Certification of Service as required by the Extension Order.  it therefore being unknown whether Debtor served the Extension Order on all creditors and parties in interest,;

It is therefore **ORDERED** that a hearing is **SCHEDULED** on **February 2, 2021**, at

**1:00 p.m.**, **in Bankruptcy Courtroom No. 1, 2d floor, U.S. Courthouse, 900 Market Street,**

**Philadelphia, PA** , at which time the Debtor may **SHOW CAUSE** why this case should not be

**DISMISSED** for cause pursuant to 11 U.S.C. §1307(c).

**Date:  January 21, 2021**

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**