**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:

    THOMAS  BAKER                          Chapter 13

                      Debtor                   Bankruptcy No. 20-14550-ELF

### CHAPTER 13 STANDING TRUSTEE'S MOTION FOR DISMISSAL

    **AND NOW** comes, William C. Miller, Esquire, Chapter 13 standing trustee, and requests that the above-captioned bankruptcy case be dismissed for the following reason(s):

Debtor(s) has/have failed to provide evidence of business licensing as directed at the meeting of creditors held under 11 U.S.C. Section 341(a), or thereafter.

    The hearing scheduled by the filing of this motion may be adjourned from time to time without further notice to interested parties by announcement of such adjournment in Court on the date scheduled for the hearing.

    The standing trustee consents to the entry of a final order or judgment by the Court if it is determined that the Court, absent consent of the parties, cannot enter a final order or judgment consistent with Article III of the United States Constitution.

    **WHEREFORE**, William C. Miller, Esquire, Chapter 13 standing trustee, respectfully requests that Court, after a hearing, enter an Order in the form annexed hereto, dismissing this bankruptcy case.

                                                    Respectfully submitted,

                                                    /s/ William C. Miller
                                                    _____
                                                    William C. Miller, Esquire
                                                    Chapter 13 Standing Trustee
                                                    P.O. Box 1229
                                                    Philadelphia, PA 19105
                                                    Telephone: (215)627-1377