# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (PHILADELPHIA)

| | |
|---|---|
| IN RE:<br>**Thomas Baker**<br>Debtor | CHAPTER 13<br><br>CASE NO.: 20-14550-elf<br><br>HEARING DATE: August 17, 2021<br>TIME: 9:30 a.m.<br>LOCATION: COURTROOM #1 |

**ORDER APPROVING THE STIPULATION RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

AND NOW, this __18th__ day of __August__, 2021, it is hereby **ORDERED** that the parties' Stipulation (Doc. # 57) is hereby approved.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**